# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA CHEATEM, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No. 4:20-cv-00958-BP |
| LANDMARK REALTY OF MISSOURI, LLC | )<br>) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 29th day of August 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Landmark Realty of Missouri, LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: August 29, 2022